**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1674

MATTHEW BRYSON,

Plaintiff - Appellant,

v.

COMPUCOM SYSTEMS, INC.; DOES 1 THROUGH 10, inclusive; ROE BUSINESS
ENTITIES 1 THROUGH 10, inclusive,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Catherine C. Eagles, District Judge.  (1:19-cv-01121-CCE-JEP)

Submitted:  September 30, 2022                    Decided:  November 4, 2022

Before NIEMEYER, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Matthew Bryson, Appellant Pro Se.  Stephen Douglas Dellinger, LITTLER MENDELSON
PC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Bryson appeals the district court's orders granting summary judgment in favor of Defendant and denying Bryson's postjudgment motion in his employment discrimination action.[*]  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders.  *Bryson v. CompuCom Sys., Inc.*, No. 1:19-cv-01121-CCE-JEP (M.D.N.C. June 15, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Bryson has not challenged in his informal brief the district court's order denying his postjudgment motion to amend.  As such, he has forfeited review of the order.  *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014).